IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIANO OLEA, ) | No. C 12-0148 LHK (PR) |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION FOR |
| ) | APPOINTMENT OF COUNSEL |
| vs. ) | |
| ) | |
| WARDEN SALINAS VALLEY STATE ) | (Docket No. 7) |
| PRISON, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a second motion for appointment of counsel. On April 10, 2012, this Court issued an order to Respondent to show cause why a writ of habeas corpus should not be granted. In the Court's order, Petitioner's first motion for appointment of counsel was denied because there were no extraordinary circumstances apparent requiring appointment of counsel. The Court indicated that it would *sua sponte* reconsider Petitioner's request for counsel should the developments of the case dictate. (Docket No. 6.) There have been no new developments since the order to show cause was issued. Accordingly, Petitioner's request is **DENIED**.

This order terminates docket number 7.

IT IS SO ORDERED.

DATED: 5/21/12

LUCY H. KOH
United States District Judge

Order Denying Motion to Appoint Counsel
G:\PRO-SE\SJ.LHK\HC.12\Olea148atty2.wpd