IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ANIANO OLEA,** | C 12-0148 LHK (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **WARDEN SALINAS VALLEY STATE PRISON,** | |
| Respondent. | |

On application of counsel and good cause appearing, the time to file the response to the habeas petition is extended to and including September 28, 2012.

Dated: 8/1/12

*/s/ Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

1

~~Proposed Order~~  (C 12-0148 LHK (PR))