**Filed**

OCT 10 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANIANO OLEA,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN SALINAS VALLEY STATE PRISON,<br><br>　　　　　　　　　　Respondent. | C 12-0148 LHK (PR)<br><br>[PROPOSED] ORDER |

On application of counsel and good cause appearing, the time to file the response to the habeas petition is extended to and including December 27, 2012. No further extensions will be granted.

Dated: 10/9/12

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　The Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　　　United States District Judge

20641735

1

Propose Order (C 12-0148 LHK (PR))