NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIANO OLEA,<br><br>            Petitioner,<br><br>  vs.<br><br>WARDEN SALINAS VALLEY STATE PRISON,<br><br>            Respondent. | No. C 12-0148 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br><br><br><br>(Docket No. 21) |

      Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This Court issued an order to show cause.  (Doc. No. 6.) Respondent filed an answer.  (Doc. No. 15.)  Petitioner has filed a motion for an extension of time to file a traverse.  (Doc. No. 21.)  Good cause appearing, Petitioner's motion is **GRANTED**.  Petitioner shall file a traverse **no later than twenty-eight (28) days** from the filing date of this order.

      IT IS SO ORDERED.

DATED:  2/5/13

                                    LUCY H. KOH<br>
                                    United States District Judge