NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIANO OLEA,<br><br>        Petitioner,<br><br>  vs.<br><br>WARDEN SALINAS VALLEY STATE PRISON,<br><br>        Respondent. | No. C 12-0148 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br><br><br><br>(Docket No. 21) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This Court issued an order to show cause. (Doc. No. 6.) Respondent filed an answer. (Doc. No. 15.) Petitioner has filed a motion for an extension of time to file a traverse. (Doc. No. 21.) Good cause appearing, Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than twenty-eight (28) days** from the filing date of this order.

IT IS SO ORDERED.

DATED: 3/7/13

_____
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Olea148eot-trav.wpd