IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIANO OLEA,<br><br>        Petitioner,<br><br>  vs.<br><br>WARDEN SALINAS VALLEY STATE PRISON,<br><br>        Respondent. | No. C 12-0148 LHK (PR)<br><br>ORDER DENYING MOTION FOR DEFAULT AND SANCTIONS; GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Docket Nos. 18, 26) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This Court issued an order to show cause. (Doc. No. 6.) Respondent filed an answer. (Doc. No. 15.)

Petitioner has filed a motion for default and sanctions on the grounds that Respondent failed to file a timely answer. (Doc. No. 18.) As Respondent notes, he filed his answer on December 28, 2012 within the Court's deadline. Petitioner's motion is **DENIED**.

Petitioner has also filed a motion for a third extension of time to file a traverse. (Doc. No. 26.) Good cause appearing, Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than thirty (30) days** from the filing date of this order.

This order terminates docket numbers 18 and 26.

IT IS SO ORDERED.

DATED: 4/15/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Olea148eot3-trav.wpd