IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIANO OLEA, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN SALINAS VALLEY STATE ) <br> PRISON, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 12-0148 LHK (PR) <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE <br><br><br><br><br> (Docket No. 30) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This Court issued an order to show cause.  (Docket No. 6.)  Respondent filed an answer.  (Docket No. 15.)

Petitioner has filed a motion for a fifth extension of time to file a traverse.  (Docket No. 30.)  Petitioner's motion is **GRANTED**.  Petitioner shall file a traverse **no later than sixty (60) days** from the filing date of this order.  Because Petitioner's traverse was originally due on February 6, 2013, absent exigent circumstances, further requests for extensions of time will not be favored.

This order terminates docket number 30.

IT IS SO ORDERED.

DATED:  6/25/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Traverse
G:\PRO-SE\LHK\HC.12\Olea148eot5-trav.wpd