IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIANO OLEA,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>    Respondent. | No. C 12-0148 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE<br><br><br>(Docket No. 44) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court ordered respondent to show cause why the petition should not be granted. Respondent filed an answer and a supplemental answer. Petitioner filed a traverse. On June 18, 2014, the court directed respondent to file either a motion to dismiss for petitioner's failure to exhaust or a supplemental answer addressing the merits of all of petitioner's claims and subclaims within sixty days of the order. (Docket No. 43.) Respondent has filed a motion seeking a 45-day extension of time in which to respond to the court's order. (Docket No. 44.)

Respondent's motion is GRANTED. Respondent shall file either a motion to dismiss for failure to exhaust or a supplemental answer **no later than September 30, 2014**. Should respondent file a motion to dismiss, petitioner must file an opposition **within twenty-eight days** after such motion is filed. Respondent shall then file a reply **fourteen days** thereafter.

1    If respondent believes that a motion to dismiss for failure to exhaust is not proper or if
2 respondent waives the exhaustion requirement, and instead files a supplemental answer,
3 petitioner shall file a traverse **within thirty days** after the supplemental answer is filed.
4    This order terminates docket number 44.
5    IT IS SO ORDERED.
6 DATED:   7/16/14

*Lucy H. Koh*

LUCY H. KOH
United States District Judge